# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Melissa Mays, et al.,

        Plaintiff(s),

v.

Flint, City of, et al.,

        Defendant(s).

Case No. 5:16−cv−11519−JCO−MKM
Hon. John Corbett O'Meara

**NOTICE OF REMAND**

TO:  GENESEE COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan  48226
        (313) 234−5005

**Certification**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

        DAVID J. WEAVER, CLERK OF COURT

        By: s/ D. Peruski
        Deputy Clerk

Dated:  October 6, 2016