## <u>INDEX OF EXHIBITS</u>

Exhibit 1    *Bauman v. Twp. of Tittabawassee, 2014 U.S. Dist. LEXIS 153905 (E.D. Mich. October 30, 2014)*

Exhibit 2    Sixth Circuit Briefing Schedule

32972:00001:2883487-1