UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA MAYS, *et al.*,

    Plaintiffs,

v.

CITY OF FLINT, *et al.*,

    Defendants.

_____/

Case No. 16-11519

Hon. John Corbett O'Meara

## ORDER DENYING JOINT MOTION TO STAY REMAND ORDER

Before the court is the MDEQ Defendants' joint motion to stay the court's October 6, 2016 remand order. It is the MDEQ Defendants' burden to justify a stay. See Mays v. City of Flint, No. 16-2484 (6th Cir. Jan. 13, 2017). As the Sixth Circuit determined on appeal, Defendants have failed to do so. Id.

Accordingly, IT IS HEREBY ORDERED that Defendants' joint motion to stay the court's October 6, 2016 remand order is DENIED.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: January 23, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, January 23, 2017, using the ECF system.

                                          s/William Barkholz
                                          Case Manager